# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Aaron Kim

        Plaintiff,

v.                                Case No.: 1:06–cv–01585
                                    Honorable Matthew F. Kennelly

Riscuity, Inc.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 14, 2007:

      MINUTE entry before Judge Matthew F. Kennelly :Motion for attorney fees [55] is granted. Status hearing held on 6/14/2007. Court finds class settlement fair, reasonable and adequate. Therefore, the Court approves the settlement, including award of attorney's fees and costs in the amount of $105,000, pursuant to the parties agreement. Case is dismissed pursuant to the terms of the class settlement agreement. Civil case terminated. Mailed notice(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.